UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR250 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 11)HARRIETT HOLLY HOLLOMAN | ) | |

**THIS MATTER** is before the Court on the Government's motion for the dismissal of the Indictment as it relates to Harriett Holly Holloman only.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE** only as to the Defendant Harriett Holly Holloman.

The Clerk is directed to transmit copies of this Order electronically to the U.S. Probation Office, United States Attorney's Office, the United States Marshal, and to defense counsel.

Signed: January 4, 2007

Lacy H. Thornburg
United States District Judge